FILED
CLERK, U.S. DISTRICT COURT

SEP 29 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )   Case No.: CR10-602-GHK

11                    Plaintiff,        )   ORDER OF DETENTION
                                        )   (FED.R. CRIM. P.32.1(a)(6); 18
12           v.                         )   U.S.C. § 3143(a))
     CHRYSTINE MINCHAU RAMIREZ          )
13                                      )
                     Defendant.         )
14

15

16       The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Central___

18   District of ___California___ for alleged violation(s) of the terms and

19   conditions of probation or supervised release; and

20       Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

22   A.    (√)    The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under

24              18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              • HISTORY OF SUPERVISE RELEASE VIOLATIONS

26              • ONGOING SUBSTANCE ABUSE

27              • SUBMISSION TO DETENTION

28              • NO IDENTIFIED BAIL RESOURCES

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/29/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2